IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SUSAN DOW,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Liberty Mutual Company; and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | CV 20-31-BLG-SPW<br><br>ORDER |

Defendants Safeco Insurance Company of America and Liberty Mutual Insurance Company move for the admission of David T. Moran to practice before the Court in the above captioned matter with Clayton H. Gregersen of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and plaintiff does not object.

IT IS SO ORDERED that Defendants Safeco Insurance Company of America and Liberty Mutual Insurance Company's motion to admit David T. Moran to appear *pro hac vice* (Doc. 3) is **GRANTED** and he is authorized to appear as counsel with Clayton H. Gregersen pursuant to L.R. 83.1(d) in the above captioned matter.

1

DATED this 27th day of March, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge