FILED

UNITED STATES COURT OF APPEALS

OCT 15 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUSAN DOW, | No. 21-80063 |
| Plaintiff-Respondent, | D.C. No. 1:20-cv-00031-SPW<br>District of Montana,<br>Billings |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a Liberty Mutual Company; et al., | ORDER |
| Defendants-Petitioners. | |

Before: McKEOWN and W. FLETCHER, Circuit Judges.

Petitioners' motion for leave to file a corrected petition (Docket Entry No. 2) and motion for leave to file a reply (Docket Entry No. 4) are granted. The corrected petition and reply have been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's May 28, 2021 order granting plaintiffs' motion for class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (stating standard).