UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SUSAN DOW,<br><br>                Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, A LIBERTY MUTUAL COMPANY; LIBERTY MUTUAL INSURANCE COMP ANY; AND LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                Defendants. | Case No. CV-20-31 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

                JUDGMENT ENTERED IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF. *(per order filed on 9/6/2023)*

      Dated this 6th day of September, 2023.

                TYLER P. GILMAN, CLERK

                By: /s/ A. Carrillo
                      Billings Divisional Supervisor